# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155172(65)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellant,

v

TREMEL ANDERSON,
           Defendant-Appellee.

_____/

SC: 155172
COA: 327905
Wayne CC: 15-001051-AR

On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filing her supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 15, 2017. The same extension is given to plaintiff-appellant to file its supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        September, 2017                 

                                            Clerk